UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZIMRAN, | Case No. 5:25-cv-03143-JFW-KES |
| Petitioner, | |
| v. | ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| KRISTI NOEM, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the objections to the initial Report and Recommendation of the United States Magistrate Judge (Dkt. 25), and the Final Report and Recommendation of the United States Magistrate Judge (Dkt. 26). The Court has engaged in a de novo review of the issues raised in the objections. The Court accepts the final report, findings, and recommendations of the Magistrate Judge.[1]

IT IS THEREFORE ORDERED that:

---

[1] As a federal prisoner proceeding under 28 U.S.C. § 2241, Petitioner is not required to obtain a certificate of appealability in order to appeal to the United States Court of Appeals in this case. See Harrison v. Ollison, 519 F.3d 952, 958 (9th Cir. 2008).

1

1.      The Petition is **granted** as to Grounds One and Two.

2.      Grounds Three and Four of the Petition, regarding possible removal to a third country, are **dismissed** as unripe.

3.      Respondents shall **immediately release** Petitioner Michael Zimran from custody subject to the order of supervision that governed his release prior to his June 2, 2025 detention.

4.      Respondents are **enjoined and restrained** from re-detaining Petitioner unless and until they follow the procedures set forth in 8 C.F.R. §§ 241.4(*l*) and 241.13(i).

5.      Within **seven (7) days** of the date of this order, Respondents shall file a status report regarding Petitioner's custody status.

DATED:  January 21, 2026    _____

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2