JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL ZIMRAN,

Petitioner,

v.

KRISTI NOEM, et al.,

Respondents.

Case No. 5:25-cv-03143-JFW-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Final Report and Recommendation of U.S. Magistrate Judge (Dkt. 29), and following Respondents' status report (Dkt. 32) in which it is reported that Petitioner has been released from custody,

IT IS ADJUDGED that:

1. The Petition is GRANTED as to Grounds One and Two.

2. Grounds Three and Four of the Petition, regarding possible removal to a third country, are dismissed as unripe.

3. Respondents are enjoined from re-detaining Petitioner unless they follow the procedures set forth in 8 C.F.R. §§ 241.4($l$) and 241.13(i).

DATED: April 30, 2026

_____
Hon. John F. Walter
UNITED STATES DISTRICT JUDGE